1018

No. 96–6443. CORDOBA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6448. WILD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6454. JACKSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–6456. COBB v. THURMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–6458. SEWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6464. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6465. RIVERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–6466. KEMP v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6467. GILES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6469. BEASLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6471. ZAKIYA v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 96–6472. MCMAHON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6475. DYCE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–6476. COTRONEO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6479. LUBIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6482. POLAK-RUDICH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.